```
                                                    FILED
1  McGREGOR W. SCOTT
   United States Attorney                          MAR 3 1 2006
2  STANLEY A. BOONE
   SHEILA K. OBERTO                          CLERK, U.S. DISTRICT COURT
3  Assistant U.S. Attorneys                 EASTERN DISTRICT OF CALIFORNIA
   3654 Federal Building                    BY_____
4  1130 "O" Street                                    DEPUTY CLERK
5  Fresno, California 93721
   Telephone: (559) 498-7272
6
7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                     EASTERN DISTRICT OF CALIFORNIA
9
10  IN THE MATTER OF THE            )   S.W. NO.  06SW00084
    SEARCHES OF:                    )
11                                  )   UNDER SEAL
    291 N. Maple Avenue             )
12  Fresno, California 93702        )   ORDER SEALING SEARCH
                                    )   WARRANT AFFIDAVIT
13  115 S. Willow Avenue            )
    Fresno California 93727         )
14                                  )
    4530 E. Mono Street,            )
15  Fresno California 93702         )
                                    )
16  346 S. Dearing Avenue           )
    Fresno California 93702         )
17                                  )
    820 North Street                )
18  Sanger California 93657         )
19                                  )
    1638 10th Street                )
20  Sanger California 93657         )
                                    )
21  622 Eastwood Avenue             )
    Sanger California 93657         )
22                                  )
                                    )
23  _____)
24
25       The United States of America, having applied to this
26  Court, for an Order permitting it to file the search warrant
27  and applicant and affidavit in the above-entitled proceedings,
28  together with its Application to Seal, Memorandum of Points and
    Authorities and the accompanying Declaration of Stanley A.
```

1

Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court in camera, under seal and shall not be disclosed pending further order of this court.

DATED: 3-31-06

LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1