

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

JUL 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8  IN THE MATTER OF:                )    01: 06-SW-00082 LJO
                                    )    01: 06-SW-00083 LJO
9  291 N. Maple Avenue              )    01: 06-SW-00084 LJO
   Fresno, California 93702         )    01: 06-SW-00085 LJO
10                                  )    01: 06-SW-00086 LJO
   115 S. Willow Avenue             )    01: 06-SW-00087 LJO
11 Fresno California 93727          )    01: 06-SW-00088 LJO
                                    )
12 4530 E. Mono Street,             )
   Fresno California 93702          )    ORDER TO UNSEAL SEARCH WARRANT
13                                  )    AFFIDAVIT AND WARRANTS
   346 S. Dearing Avenue           )
14 Fresno California 93702          )
                                    )
15 820 North Street                 )
   Sanger California 93657          )
16                                  )
   1638 10th Street                 )
17 Sanger California 93657          )
                                    )
18 622 Eastwood Avenue              )
   Sanger California 93657          )
19                                  )
                                    )
20  _____)

21      The search warrant affidavit in this case having been sealed

22 by Order of this Court on March 31, 2006, and it appearing that

23 the affidavits and warrants are not required to remain secret

24 based upon the motion submitted by the government,

25      IT IS HEREBY ORDERED that the search warrant affidavits and

26 warrants be unsealed and made public record.

27 DATED:  2/14/2006     _____
                         UNITED STATES MAGISTRATE JUDGE
28

                                    1